IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _COLUMBIA_____

_WASHINGTON DC____ DIVISION

| | |
|---|---|
| MICHAEL R. RAY, | Case No. 1:08-CV-0114-RCL |
|     Plaintiff/Petitioner, | |
| -vs- | |
| Experian, et al. | |
|     Defendant/Respondent. | |

### MOTION TO STAY CASE

NOW BEFORE THE COURT COMES the Plaintiff/Petitioner, MICHAEL R. RAY, to move this Honorable Court to stay further proceedings in this case, due to the fact that he will soon be extradited back to the State of New Jersey, and will not be able to access his files and/or respond to pleadings, etc.

All is more fully detailed in the attached Affidavit of MICHAEL R. RAY, marked as Exhibit "A".

**W H E R E F O R E**, consistent with the information presented in the attached affidavit, the pro se Plaintiff/Petitioner respectfully requests that this case is stayed until such time as he is able to obtain and possess his files and proceed in this matter, and for whatever other or further relief that this Court deems appropriate.

Respectfully submitted,

Dated: 3/6 , 2008

By: _____
MICHAEL R. RAY, pro se
FCI Estill #40860-019
Post Office Box 699
Estill, South Carolina 29918

RECEIVED

MAR 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **STATE OF SOUTH CAROLINA** ) | |
| ) | **A F F I D A V I T** |
| **COUNTY OF HAMPTON** ) | |

I, Michael R. Ray, an adult over the age of eighteen years, do hereby affirm and state:

1. I am presently located at the Federal Correctional Institution at Estill, South Carolina.

2. I am scheduled for release from federal custody on April 14, 2008.

3. As of the present time I am involved personally with at least seventeen (17) federal court litigations, either as the plaintiff, the petitioner, or the appellant.

4. As of the date of this affidavit, I possess in excess of one hundred legal files relating to these litigations.

5. At the present time, at FCI Estill I am assigned an inmate locker and three legal lockers. Each legal locker holds approximately (the equivalent to) 60 reams of paper (files, materials, discovery, transcripts, etc.).

6. I have been advised that on April 14, 2008 I will be again extradited to the State of New Jersey. The Inmate Systems Management ("ISM") staff have already advised me that I will "take nothing with me when I am extradited." (This information can be independently verified through Mr. Johnny Simon at 803-625-4607).

7. ISM has further advised me that I must mail out all of my property and legal files to the free-world.

8. Due to the voluminous materials, this task will require that I send 2-3 cases of materials out each week, commencing on/or about March 1, 2008.

9. Once I send these materials out, I will not be able to access or retrieve anything from said files, as they will be kept in storage until my release from confinement.

10. In 2006 I was temporarily transferred to the State of New Jersey, so I am personally familiar with the policies and procedures of the county jails and too, the State Department of Corrections.

11. I will not be able to (once I am in DOC custody) have mass files sent back into me, unless they were coming from a court or a licensed attorney.

12. I am sentenced to an 18 months state prison term. I have confirmed from State of New Jersey authorities that I will max-out such a sentence in no more than 12 months. I will be considered for parole after only four months. I may be released to a half-way house in as little as 8-10 weeks from my arrival date. I likely will serve very little time in closed-custody. The date on which I might go to a half-way house has not yet been determined, and all such dates will be determined after I am processed into the State system.

13. I am informed and verily believe that I will not be able to obtain nor possess the quantity of legal materials to which I have been accustom to in the State of New Jersey.

14. I have been advised by several other State of New Jersey inmates that I will only have access to their law library facilities, one time per week for one hour only. Additionally, most all documents prepared from there are in handwritten format, versus typed.

15. In that I will not have the files for the particular case in question, I can not properly reply to various pleadings, conduct discovery, etc. while confined in the State of New Jersey. I have been further advised that all State of New Jersey inmate law libraries do not have sets of federal legal texts, including F.2d,

F.3d, USCA, etc., therefore, I would not be able to conduct proper legal research to be able to respond intelligently to any pleadings which may require a response.

16. Without the benefit of my present legal files, I can not, after March 1, 2008, attempt to properly proceed with the prosecution of the various appeals and cases which I am involved with.

17. I am not requesting a stay of my cases for any improper motive or purpose. I as seeking a stay to prevent a grave miscarriage of justice. I have hundreds (if not thousands) of hours in some cases, and have diligently prosecuted each one to the best of my ability. I do not seek a stay simply to delay the case, nor am I attempting to harass opposing parties/counsel.

18. Presently, I am not able to provide the Court with an address in the State of New Jersey. Therefore, I have made proper arrangements with a designee to pick up my mail from my permanent Myrtle Beach, South Carolina mailing address on a weekly basis, and that designee will forward any/all mail to me weekly, in New Jersey. In the interim, I would ask that the Court order that a temporary address change be effected to reflect Michael R. Ray, Post Office Box 100, Myrtle Beach, South Carolina 29578-0100, until such time as I can provide the Court with my physical New Jersey address. This will temporarily facilitate the receipt of mail after my departure from federal custody on April 14, 2008.

**FURTHER AFFIANT SAYETH NAUGHT.**

I hereby affirm, under the penalty of perjury, 28 U.S.C. §1746, that the within stated facts are true, correct and further are of my own personal knowledge.

Dated: 3/6, 2008                              By: _____
                                                   MICHAEL R. RAY

**CERTIFICATE OF SERVICE**

I, MICHAEL R. RAY, do hereby certify that on this the 6th day of March, 2008 I did effect service upon each counsel of record listed on the official docket entries for the within-named matter, as maintained on the CM/ECF system. I placed an exact copy of this pleading in the U.S. Mail, for delivery via First Class Mail to each counsel of record.

By: _____
　　MICHAEL R. RAY