AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

MICHAEL R. RAY,

        Plaintiff(s)  )
)  **APPEARANCE**
)
)
        vs.  )  CASE NUMBER   1:08-cv-00114 (RCL)

EXPERIAN, INC., and BRANCH BANKING )
& TRUST COMPANY (a/k/a BB&T),  )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Joseph W. Clark   as counsel in this
        (Attorney's Name)

case for:   Experian Information Solutions, Inc.
        (Name of party or parties)


March 26, 2008
Date

*Joseph W. Clark* (signature)
Signature

Joseph W. Clark
Print Name

D.C. Bar No. 468782
BAR IDENTIFICATION

Jones Day, 51 Louisiana Ave., NW
Address

Washington, D.C. 20001
City    State    Zip Code

(202) 879-3939
Phone Number