UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
AT WASHINGTON, DC

| | |
|---|---|
| MICHAEL R. RAY,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN, INC., and BRANCH BANKING & TRUST COMPANY (a/k/a BB&T),<br><br>    Defendant(s). | Civil Action<br><br>Case No.: 1:08-cv-00114<br>Assigned to: Lamberth, Royce C.<br>Assign Date: 1/18/2008<br>Description: Pro Se General Civil |

### EXPERIAN INFORMATION SOLUTIONS, INC.'S
### CERTIFICATE OF INTERESTED PARTIES

The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian") hereby certifies pursuant to Federal Rule of Civil Procedure 7.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The parent company of Experian is Experian Group Limited.

2. Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

    (a) First American Real Estate Solutions, LLC

    (b) First American Real Estate Solutions II, LLC

    (c) Vehicle Title, LLC

    (d) Central Source LLC

    (e) Online Data Exchange LLC

    (f) New Management Services LLC

    (g) Vantage Score Solutions LLC

DLI-6178552v2

3.  Publicly Held Companies: Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

Dated: March 26, 2008.                                      Respectfully submitted,


                                                            s/ Joseph W. Clark
                                                            Joseph W. Clark (D.C. Bar No. 468782)
                                                            JONES DAY
                                                            51 Louisiana Avenue, N.W.
                                                            Telephone: (202) 879-3939
                                                            Facsimile: (202) 626-1700

                                                            Counsel for Defendant
                                                            EXPERIAN INFORMATION SOLUTIONS, INC.


OF COUNSEL

Cindy W. Andrew
Texas State Bar No. 00796128
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2008, a copy of the foregoing **EXPERIAN'S CERTIFICATE OF INTERESTED PARTIES** was filed with the Clerk of the Court using the CM/ECF system. I also certify that a copy was served by First Class mail on Plaintiff who is unable to receive service electronically:

> Michael Ray
> BOP No. 40860-019
> FCI Estill
> PO Box 699
> Estill, SC  29918

Dated:  March 26, 2008

<i>s/ Cindy W. Andrew</i><br>
Cindy W. Andrew

DLI-6178552v2