## ADDRESS CHANGE NOTICE

Re: Case No. _1:08-CV-0114-RCL_

Case Name: _Ray v. Experian, et al_

To: Clerk of Court:

Please take notice, that effective April 10, 2008, the following address should be utilized for Party MICHAEL R. RAY.

**MICHAEL R. RAY**
Post Office Box 100
Myrtle Beach, SC 29578-0100

Your assistance with this matter is most appreciated.

By: _/s/ MR_
MICHAEL R. RAY
FCI Estill #40860-019
Post Office Box 699
Estill, SC 29918-0699

# RECEIVED

APR 3 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT