Address Change Notice (2 cases)                    5/3/08

                                        Ray v. Experian / Ray v. FBI

Clerk of Court            Re: 1:08-cv-0114 / 1:05-cv-0876
                                                           RCL

Effectively immediately, please update my address as follows:

        Michael R. Ray
        #704095C / 557566
        P.O. Box 150
        Delmont NJ 08314

**RECEIVED**
MAY 5 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Also - I have not received my mail forwarded and a docket sheet print-out would be helpful to determine what events I have missed.

                                                    Thank you
                                                    [signature]

Also - I do not have the address for OCCA - re 07-5168 / Ray v. FBI appeal. Could you please forward them a copy of this notice.