Case 1:08-cv-00114-RCL   Document 12   Filed 05/30/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ROBERT RAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0114 (RCL) |
| ) | |
| EXPERIAN, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is hereby

ORDERED that, not later than **June 30, 2008**, each party shall submit a separate Report addressing the topics listed in LCvR 16.3(c) and a proposed scheduling order.

SO ORDERED.

/s/
ROYCE C. LAMBERTH
United States District Judge

Date: May 29, 2008