Re: 1:08-cv-114 RCL          5/27/08
Ray v. Experian

in re: Minute Order of 4/10/08

Clerk:

I today (5/27/08) received the Minute order meeting my motion for stay. I have never received the other documents. (order was dated 4/10/08) I have been transferred to state custody — enclosed another COA Notice & request a docket sheet & copies of docket #'s 7, 8 & 9 referenced in Judge Lamberth's order. I departed federal prison 4/14 — the day the order was mailed. I look forward to hearing from someone.

Michael R Ray
704095e
PO Box 150
Delmont NJ 08314

**RECEIVED**

MAY 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2nd Notice
change of address

MICHAEL R. RAY
~~P.O. Box 100~~
~~Myrtle Beach, SC 29578-0100~~
#704095C
PO Box 150
Delmont, NJ 08314

