LET THIS BE FILED
Royce C. Lamberth
U.S.D.J. 7/15/08
cc: [illegible]

FILED
JUL 15 2008
Clerk, U.S. District and
Bankruptcy Courts

**MICHAEL R. RAY   #704095C**
Post Office Box 150
Delmont, New Jersey 08314

June 5, 2008

Hon. Royce C. Lamberth, USDJ
United States District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

    Re: **Ray v. Experian, et al., USDC DC C/A 08-0114-RCL**
        **Current Status of Case, request for stay, etc.**

Your Honor:

I am sorry for resorting to *ex parte* contact with the Court, however I am deeply concerned about my lack of receipt of copies of documents in this action.

A couple of weeks ago I received, forwarded to me, an Order from you, dated April 10, 2008 indicating therein "motion for stay is denied as moot," further indicating that the "Clerk is Directed to mail copies of the documents filed in this action at Docket # 7, 8, and 9 to the Plaintiff at his current address."

To date I have not received any documents from the Clerk, I have also not received a requested copy of the docket sheet for the case so I can find out what exactly has transpired, etc. I have no alternative way to know if Defendant BB&T has even appeared and/or answered. The only document I did in fact receive — before my April 10, 2008 departure from federal custody was the appearance and Answer of Defendant Experian, from their counsel at Jones Day. I am unaware if a service order even issued from this Court.

I am optimistically hopeful that you can rectify this situation without much trouble to the Court. I really am in the dark here. Further, I have yet to receive the first file of mine forwarded from the storage (discussed in my previous motion to stay) and I am again scheduled to transfer after June 11, 2008, to the minimum custody camp here. Therefore, I would ask that this letter serve as a renewed motion to stay the case, as I am physically unable to comply with the order issued on May 30, 2008 (D/E 12) and lastly, I have no access to the Local Rules of this District and wouold also ask if possible that a copy of these be provided by the Clerk, if possible.

I am sorry for having so many issues, but I am literally in the dark here, relating to this case.

I look forward to hearing from someone in these regards. Thanking you for your valued time, courtesies and assistance, I remain,

Very truly yours,

MICHAEL R. RAY

MRR/s