UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL ROBERT RAY,<br><br>       Plaintiff,<br><br>v.<br><br>EXPERIAN, INC., *et al.*,<br><br>       Defendants. | Civil Action No. 08-0114 (RCL)<br><br>FILED<br><br>JUL 1 5 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

The Court has received correspondence from plaintiff dated June 5, 2008 which the Court construes as a renewed motion to stay this case. Plaintiff reminds the Court that, due to his recent transfer from federal to state custody, he does not have access to his legal papers. For this reason he explains that he is unable to comply with the Court's May 30, 2008 Order directing each party to submit separate report addressing the topics listed in LCvR 16.3(c) and a proposed scheduling order.[1] The Court will deny plaintiff's motion to stay this matter indefinitely, and instead grants the parties an extension of time their respective reports. If plaintiff is unable to meet the new deadline set forth below, he may request additional time.

It is hereby

ORDERED that, not later than **September 15, 2008**, each party shall submit a separate Report addressing the topics listed in LCvR 16.3(c) and a proposed scheduling order. It is

---

[1] The Court notes that defendant neither filed its report and proposed scheduling order by the June 30, 2008 deadline nor requested more time to do so.

1

further

    ORDERED that the Clerk of Court shall mail a copy of the docket sheet and a copy of Local Civil Rule 16.3 to plaintiff at his current address of record.

    SO ORDERED.

/s/ Royce C. Lamberth
ROYCE C. LAMBERTH
United States District Judge

Date: 7/15/08